IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ULYSEE SAMS, JR, | : | |
| Movant, | : | |
| v. | : | Case No. 5:19-cr-00069-MTT-CHW |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | Proceedings Under 28 U.S.C. § 2255<br>Before the U.S. Magistrate Judge |

### ORDER

Before the Court is a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 filed by Ulysee Sams Jr. (Doc. 48). After conducting an initial review in accordance with the provisions of Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court is unable to conclude that Movant's Section 2255 motion is subject to a summary dismissal.

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this Order, Movant shall amend his motion to include every unalleged possible constitutional error or deprivation entitling him to federal habeas corpus relief, failing which Movant will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial motion. If amended, Movant will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial and amended motions.

**IT IS FURTHER ORDERED** that the United States Attorney **RESPOND** to Movant's claims by filing an answer or other responsive pleading pursuant to Rule 5 of the Rules

1

Governing Section 2255 Proceedings for the United States District Courts within **sixty (60) days** of the date of this Order.

 **SO ORDERED**, this 27th day of April, 2022.

           s/ Charles H. Weigle_____
           Charles H. Weigle
           United States Magistrate Judge