**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **ULYSEE SAMS, JR,** ) | |
| ) | |
| ) | |
| Movant, ) | **CRIMINAL NO. 5:19-CR-69 (MTT)** |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO. 5:22-CV-160 (MTT)** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

**ORDER**

United States Magistrate Judge Charles H. recommends dismissing Movant Ulysee Sams Jr.'s motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 for untimeliness. Doc. 56. Sams has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation for clear error and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 56) is **ADOPTED** and made the order of this Court. Accordingly, the Respondent's motion to dismiss (Doc. 53) is **GRANTED**, Sams' motion to vacate, set aside or correct his sentence (Docs. 48; 51) is **DENIED**, and a certificate of appealability is **DENIED**.

**SO ORDERED**, this 29th day of September, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT